<u>**UNITED STATED DISTRICT COURT**</u><br>
<u>**DISTRICT OF NEW JERSEY**</u><br>
<u>**MINUTES OF PROCEEDINGS**</u>

**OFFICE:** NEWARK                                            **DATE: June 4, 2018**
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                                            **DOCKET #: 18-cr-47**
UNITED STATES OF AMERICA

       vs.

DAVID ALVEY
      **DEFT. PRESENT**

**APPEARANCES:**
DAVID ESKEW, AUSA for Government
STACY A. BIANCAMANO, Esq. for Defendant
DAVID STERNBERG, USPO

**Nature of Proceedings**:
Defendant present.
Imprisonment – 60 months on Count One of the Information
Supervised release: 3 years on Count One of the Information
Special Conditions:
    1) Alcohol testing/ treatment
    2) New debt
    3) Financial Disclosure
    4) Mental health
    5) Cooperate with IRS
    6) Self-employment/ business disclosure

Special Assessment: $100 due immediately
Fine Waived.
Defendant advised of his right to appeal.
Restitution: $24,024,465.65, due immediately, interest waived; monthly installments of no less than $500.00 to commence 30 days after release from confinement.

Recommendation to the BOP:
The defendant shall be designated to Lewisburg Camp. The defendant shall self-surrender to the facility on the date and time set by the BOP. The defendant is recommended for the Residential Drug and Alcohol Program (RDAP).

**Time Commenced: 10:45 AM**
**Time Adjourned: 11:50 AM**

                                      <u>Maria F. Garcia, Deputy Clerk</u>
                               to the Honorable Katharine S. Hayden, U.S.D.J.