

**U.S. Department of Justice**

United States Attorney
District of New Jersey

---

| | | |
|---|---|---|
| CRAIG CARPENITO<br>UNITED STATES ATTORNEY<br><br>*Nicole F. Mastropieri*<br>*Assistant United States Attorney* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>[nicole.mastropieri@usdoj.gov](mailto:nicole.mastropieri@usdoj.gov) | *main: (973) 645-2700*<br>*direct:(973) 645-6548* |

May 19, 2020

<u>Via CM/ECF</u>

The Honorable Katharine S. Hayden, U.S.D.J.
United States District Court,
 District for New Jersey
Newark, New Jersey 07101

      Re:  *U.S. v. David Alvey*,  No. 18-cr-47 (KSH)

Dear Judge Hayden:

      The Government writes to respectfully request a briefing schedule for the Government's response to defendant's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  The court ordered the federal public defender to represent Mr. Alvey, by text order dated May 1, 2020, and directed the public defender to notify the Court by docketed submission of the status of exhaustion requirement per *U.S. v. Raia,* 2020 WL 1647922 (3d Cir. Apr. 2, 2020).  The public defender has not yet appeared in this matter, but Mr. Alvey filed a submission today regarding when he presented his request for compassionate release to the Bureau of Prisons.  The Government respectfully requests ten days, until May 29, 2020, to respond to defendant's motion.

      Respectfully submitted,

      CRAIG CARPENITO
      United States Attorney

  By:  */s/ Nicole F. Mastropieri*
      NICOLE F. MASTROPIERI
      Assistant United States Attorney
      *Attorney for the United States*